UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVENWOOD PRODUCTIONS LLC, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>DAVID OZER, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-03532-FLA (ASx)<br><br>**ORDER REGARDING NOTICE OF DISMISSAL [DKT. 23]** |

1

On July 21, 2024, Plaintiff Ravenwood-Productions LLC ("Plaintiff") filed a Notice of Dismissal as to Defendants Mark Roberson, Todd Major, Kyle Cerminara, Larry Swets, Hassan Baqar, Matt Harton, Peter Odiorne, Safehaven 2022, Inc., Unbounded Media Corporation, Strong Technical Services, Inc., and Strong Global Entertainment ("Dismissed Defendants") dismissing the action against them pursuant to Fed. R. Civ. P. 41(a)(1). Dkt. 23. Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED.
2. The court DISMISSES without prejudice the action as to the Dismissed Defendants.

IT IS SO ORDERED.

Dated: July 22, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge