DAVID G. HALM, ESQ., SBN: 179957
David.Halm@qpwblaw.com
**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
500 N. Brand Boulevard, Suite 1650
Glendale, California 91203
Telephone: 213.486.0048
Facsimile: 213.486.0049
david.halm@qpwblaw.com

Attorneys for Defendants Mark Roberson, Todd Major, Kyle Cerminara, Larry Swets, Hassan Baqar, Matt Harton, Peter Odiorne, Safehaven 2022, Inc., Unbounded Media Corporation, Strong Technical Services, Inc. and Strong Global Entertainment, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVENWOOD-PRODUCTIONS LLC, a Colorado corporation; and KEVIN V. DUNCAN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID OZER, an individual; STRONG STUDIOS, INC., a Delaware corporation; MARK ROBERSON, an individual; TODD MAJOR, an individual; KYLE CERMINARA, an individual; LARRY SWETS, an individual; HASSAN BAQAR, an individual; MATT HARTON, an individual; PETER ODIORNE, an individual; SAFEHAVEN 2022, INC., a Delaware corporation; UNBOUNDED MEDIA CORPORATION, a Delaware corporation; STRONG TECHNICAL SERVICES, INC., a Nebraska corporation; STRONG GLOBAL ENTERTAINMENT, INC., a British Columbia corporation; STRONG SIGNATURES, LLC, a Delaware Corporation, and DOES 1 through 15, inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-03532-FLA-AS<br>Assigned to: Judge Fernando L. Aenlle-Rocha<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>*Concurrently submitted with [Proposed] Order*<br><br>Complaint Served: May 15, 2024 |

1

STIPULATION FOR DISMISSAL WITH PREJUDICE

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

IS HEREBY STIPULATED by and between Plaintiffs Ravenwood-Productions LLC and Kevin V. Duncan (collectively, "Plaintiffs") on the one hand, and Defendants Mark Roberson, Todd Major, Kyle Cerminara, Larry Swets, Hassan Baqar, Matt Harton, Peter Odiorne, Safehaven 2022, Inc., Unbounded Media Corporation, Strong Technical Services, Inc. and Strong Global Entertainment, Inc. (collectively, "Dismissed Defendants" and with Plaintiffs, the "Parties"), through their undersigned counsel, that the above-captioned action and all claims herein against these Dismissed Defendants only, be and hereby are dismissed with prejudice. The Court shall retain jurisdiction to enforce the settlement agreement entered into by the Parties. The parties shall bear their own respective costs and attorneys' fees arising out of, related to or incurred in the prosecution, defense and/or settlement of the action.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: July 31, 2024                    THE FREEDMAN FIRM PC

By:   */s/ Michael G. Freedman*
      Michael G. Freedman, Esq.
      1801 Century Park East, Suite 450
      Los Angeles, California 90067
      Telephone (310) 285-2210
      Michael@thefreedmanfirm.com

*Attorneys Plaintiffs Ravenwood-Productions, LLC and Kevin v. Duncan*

///

///

///

| | | |
|---|---|---|
| 1 | DATED:  July 31, 2024 | QUINTAIRIOS, PRIETO, WOOD & BOYER, P.A. |
| 2 | | |
| 3 | | |
| 4 | | By:  /s/ David G. Halm |
| 5 | | David G. Halm, Esq.<br>500 North Brand Blvd., Suite 1650 |
| 6 | | Glendale, California 90203<br>Telephone: (213) 486-0048 |
| 7 | | Email: david.halm@qpwblaw.com |

*Attorneys for Defendants Mark Roberson, Todd Major, Kyle Cerminara, Larry Swets, Hassan Baqar, Matt Harton, Peter Odiorne, Safehaven 2022, Inc., Unbounded Media Corporation, Strong Technical Services, Inc. and Strong Global Entertainment, Inc.*

**Signature Certification**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 31, 2024            QUINTAIROS, PRIETO, WOOD & BOYER, P.A.


<u>/s/ David G. Halm</u>
By: DAVID G. HALM
Attorney for Defendants

*Attorneys for Defendants Mark Roberson, Todd Major, Kyle Cerminara, Larry Swets, Hassan Baqar, Matt Harton, Peter Odiorne, Safehaven 2022, Inc., Unbounded Media Corporation, Strong Technical Services, Inc. and Strong Global Entertainment, Inc.*

**PROOF OF SERVICE**
*RAVENWOOD-PRODUCTIONS LLC, et al. v. DAVID OZER, et al.*
United States District Court for the Central District of California
Case No.: 2:24-cv-03532
Client/Matter: 199643

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 500 N. Brand Boulevard, Suite 1650, Glendale, California 91203. On July 31, 2024, I served the following document described as **STIPULATION FOR DISMISSAL WITH PREJUDICE** on the following persons at the following address:

**SEE ATTACHED SERVICE LIST**

☒ **(BY CM/ECF)** I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants (if any) indicated on the Manual Notice list.

☒ **BY ELECTRONIC SERVICE:** I caused the above-entitled document(s) to be served via E-mail to the E-mail addresses on the attached Service List. The document(s) is not being served by U.S. mail due to the COVID-19 coronavirus National Emergency and stay-at-home orders. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 31, 2024, at Palmdale, California.

_____

# SERVICE LIST
*RAVENWOOD-PRODUCTIONS LLC, et al. v. DAVID OZER, et al.*
United States District Court for the Central District of California
Case No.: 2:24-cv-03532
Client/Matter: 199643

| | |
|---|---|
| Michael G. Freedman, Esq.<br>THE FREEDMAN FIRM PC<br>1801 Century Park East, Suite 450<br>Los Angeles, California 90067<br>Telephone (310) 285-2210<br>Michael@thefreedmanfirm.com | *Attorneys for Plaintiffs Ravenwood-Productions, LLC and Kevin v. Duncan* |

STIPULATION FOR DISMISSAL WITH PREJUDICE