Michael S. Chernis, CBN 259319
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401
Tel: (310) 566-4388
Fax: (310) 382-2541
michael@chernislaw.com

Attorney for Defendants
David Ozer and Strong Studios, Inc.

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVENWOOD-PRODUCTIONS LLC, a Colorado corporation; and KEVIN V. DUNCAN, an individual,<br><br>Plaintiffs,<br>vs.<br><br>DAVID OZER, an individual; STRONG STUDIOS, INC., a Delaware corporation; MARK ROBERSON, an individual; TODD MAJOR, an individual; KYLE CERMINARA, an individual; LARRY SWETS, an individual; HASSAN BAQAR, an individual; MATT HARTON, an individual; PETER ODIORNE, an individual; SAFEHAVEN 2022, INC., a Delaware corporation; UNBOUNDED MEDIA CORPORATION, a Delaware corporation; STRONG TECHNICAL SERVICES, INC., a Nebraska corporation; STRONG GLOBAL ENTERTAINMENT, INC., a British Columbia corporation; STRONG SIGNATURES, LLC, a Delaware Corporation; and DOES 1 through 15, inclusive,<br>Defendants. | Case No.: 2:24-cv-03532-FLA<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE STAY OF CIVIL CASE DURING PENDENCY OF CRIMINAL CASE**<br><br>Complaint Served: June 4, 2024<br>Answers Filed: November 4, 2024 |

Plaintiffs RAVENWOOD-PRODUCTIONS LLC and KEVIN V. DUNCAN ("Plaintiffs") and Defendant DAVID OZER ("OZER") and STRONG STUDIOS, INC.

- 1 -

("STRONG") (OZER and STRONG are collectively referred to as "Defendants"), by and through their undersigned attorneys, report and stipulate as follows:

1. On November 26, 2024, the Court stayed this civil action until February 11, 2025 (Dkt. 41), in response to a stipulation by the parties (Dkt. 40) seeking the stay based on the pendency of a parallel criminal case against Defendant Ozer in <u>USA v. Ozer</u>, Case No. 2:24-cr-00463-SB, which makes allegations and fraud charges that in part overlap the allegations made in the underlying civil complaint (the "Criminal Case"). At the time of the stay, Mr. Ozer's sentencing in the Criminal Case was scheduled for January 28, 2025. Thus, the Court ordered the Parties to file a joint status report on or before February 11, 2025 regarding Mr. Ozer's sentencing in <u>USA v. Ozer</u>, Case No. 2:24-cr-00463-SB. The Court's November 26, 2024 order also contemplated the parties filing a renewed stipulation to stay.

2. Since the entry of the stay order, Mr. Ozer and the government entered into a superseding plea agreement in the Criminal Case, filed with the court on December 12, 2024 in <u>USA v. Ozer</u>, Case No. 2:24-cr-00463-SB, As a result, the Honorable Stanley Blumenfeld Jr in the Criminal Case converted the January 28, 2025 sentencing date into a change of plea on the new plea agreement, and thereafter set Mr. Ozer's sentencing for May 6, 2025.

3. Accordingly, for these reasons, and for the reasons set forth in the Stipulation For Temporary Stay Of Civil Case During Pendency Of Criminal Case, filed with the Court on November 18, 2024 (Dkt. 40), the parties at this time are requesting that the stay of the underlying civil case remain in place until May 20, 2025, with the parties to file a joint status report on or before that date regarding Mr. Ozer's sentencing in the Criminal Case.

DATED: February 10, 2025          /s/ Michael Freedman
                                  Michael G. Freedman, SBN 281279
                                  Attorney for Ravenwood-Productions LLC and
                                  Kevin V. Duncan

DATED: February 10, 2025          _____
                                  Michael S. Chernis, SBN 259319
                                  Attorney for Defendants David Ozer and Strong
                                  Studios, Inc.

**The undersigned filer attests that all the signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.**

_____
Michael S. Chernis