Michael S. Chernis, CBN 259319
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401
Tel: (310) 566-4388
Fax: (310) 382-2541
michael@chernislaw.com

Attorney for Defendants
David Ozer and Strong Studios, Inc.

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVENWOOD-PRODUCTIONS LLC, a Colorado corporation; and KEVIN V. DUNCAN, an individual,<br><br>Plaintiffs,<br>vs.<br><br>DAVID OZER, an individual; STRONG STUDIOS, INC., a Delaware corporation; MARK ROBERSON, an individual; TODD MAJOR, an individual; KYLE CERMINARA, an individual; LARRY SWETS, an individual; HASSAN BAQAR, an individual; MATT HARTON, an individual; PETER ODIORNE, an individual; SAFEHAVEN 2022, INC., a Delaware corporation; UNBOUNDED MEDIA CORPORATION, a Delaware corporation; STRONG TECHNICAL SERVICES, INC., a Nebraska corporation; STRONG GLOBAL ENTERTAINMENT, INC., a British Columbia corporation; STRONG SIGNATURES, LLC, a Delaware Corporation; and DOES 1 through 15, inclusive,<br>Defendants. | Case No.: 2:24-cv-03532-FLA<br><br>**[PROPOSED ORDER] CONTINUING TEMPORARY STAY OF CIVIL CASE DURING PENDENCY OF CRIMINAL CASE** |

On November 26, 2024, the Court issued a temporary stay of the underlying civil case during the pendency of a criminal case against Defendant David Ozer (Dkt. 41), having found the parties showed good cause for the temporary stay in their stipulation filed November 18, 2024. (Dkt. 40). The prior order of the court stayed the civil case until February 11, 2025, by which time the parties were to file a joint status report on the sentencing in the criminal case, and contemplated a further stay of the civil case. Having reviewed the Joint Status Report and Stipulation filed with the Court on February 10, 2025, and finding good cause for a further stay, the court ORDERS as follows:

1. This action is STAYED until May 20, 2025.
2. The parties shall FILE a joint status report on or before May 20, 2025, regarding Defendant David Ozer's sentencing in *USA v. Ozer*, Case No. 2:24-cr-00463-SB.
3. This Order does not preclude the parties from filing a renewed stipulation to stay.

IT IS SO ORDERED.

Dated: _____

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge