1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVENWOOD-PRODUCTIONS LLC, *et al.*,<br><br>                    Plaintiffs,<br><br>       v.<br><br>DAVID OZER, *et al.*,<br><br>                    Defendants. | Case No. 2:24-cv-03532-FLA (ASx)<br><br>**ORDER STAYING ACTION UNTIL MAY 6, 2025 [DKT. 45]** |

1 | Before the court is the parties' stipulation to extend the stay. Dkt. 45. Finding
2 | good cause therefor, the court APPROVES IN PART the stipulation and ORDERS as
3 | follows:
4 |   1. This action is STAYED until May 6, 2025.
5 |   2. The parties shall FILE a joint status report on or before May 6, 2025,
6 |      regarding Defendant David Ozer's ("Ozer") sentencing in *United States
7 |      of America v. Ozer*, Case No. 2:24-cr-00463-SB.
8 |   3. This Order does not preclude the parties from filing a renewed stipulation
9 |      to stay.

IT IS SO ORDERED.

Dated: February 14, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge